# Third District Court of Appeal

## State of Florida

Opinion filed January 31, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1708
Lower Tribunal No. F14-19599A
_____

**Francky Louis,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ellen Sue Venzer, Judge.

Francky Louis, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, SCALES and GORDO, JJ.

PER CURIAM.

Affirmed.